UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JEFFREY W. SWIECH, ET AL., | ) | CASE: 3:22-CV-01506-JZ |
| | ) | |
| plaintiffs, | ) | Honorable Judge Jack Zouhary |
| | ) | |
| vs. | ) | **Plaintiffs' notice of voluntary dismissal** |
| | ) | **without prejudice** |
| BD. OF EDUC., SYL. CTY. SCHOOLS, ET AL., | ) | |
| | ) | Andrew R. Mayle (0075622) |
| defendants. | ) | Mayle LLC |
| | ) | P.O. Box 263 |
| | ) | Perrysburg, Ohio 43552 |
| | ) | 419.334.8377/ Fax: 419.355.9698 |
| | ) | *amayle@maylelaw.com* |

Plaintiffs hereby dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

*Dated*: August 30, 2022

Respectfully submitted,

/s/ Andy Mayle

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I electronically filed the foregoing with the Clerk of Court and served all counsel of record by using the CM/ECF system.

/s/ Andy Mayle